# U.S. Department of Justice
## United States Marshals Service

# PROCESS RECEIPT AND RETURN

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | 99-046(HL) |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| JOSE SOSA FUNES, ET AL. | ORDER cancellation of cautionary notice. |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

PROPERTY REGISTRAR  BAYAMON III

ADDRESS (Street or RFD, Apartment No., City, State, and ZIP Code)

CARR. 167 LADO BIBLIOTECA MUNICIPAL, BAYAMON, P.R.

SEND NOTICE OF SERVICE TO REQUESTER AT NAME AND ADDRESS BELOW:

ARAMIS G. RIOS, Assistant United States Attorney
Chardón Tower, Suite 1201, 350 Carlos E. Chardón Street
San Juan, Puerto Rico 00918- Telephone 787 766-5656
Telecopier: 787 766-6219 Legal Aide Nilsa Rivera 787 282-1895

Number of process to be served with this Form - 285: 1
Number of parties to be served in this case:
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Address, All Telephone Numbers, and Estimated Times Available For Service)

PROPERTY NO. 6,271
FOLIO 118 TOMO 123, BAYAMON III

99-FBI-00162

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF  ☐ DEFENDANT
ARAMIS G. RIOS, AUSA

TELEPHONE NUMBER: (787) 766-5656
DATE: 1-16-07

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | No. 1 | No. 64 | No. 64 | | 3-27-07 |

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below).

Name and title of individual served (If not shown above):

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above):

Date of Service: 3/26/07
Time: 08:30 am

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount Owed to US Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $90.- | $7.76 | — | $97.76 | — | $97.76 | |

REMARKS:

PRIOR EDITIONS MAY BE USED

Make (5) copies when form is signed.
SEND ORIGINAL + 4 COPIES to USMS. Copy #5 for your file.

FORM USM 285 (Rev. 12/15/80)

1. CLERK OF COURT  2. USMS Record  3. Acknowledgment of Receipt  4. Billing Statement  5. Notice of Service

## REGISTRO DE LA PROPIEDAD DE BAYAMON 3

CARMEN MIRANDA FERNANDEZ

CENTRO GUBERNAMENTAL DE BAYAMON                    Telefono 787-787-5466

**ENTRADA Nº:**     2524                                           Del año 2007
**ASIENTO Nº :**     735     Diario 485
**Presentado el día 28/03/2007**                              a las 08:21

Presentante
LOPEZ, FRANCISCO

Interesado  : UNITED STATE OF AMERICA,

Naturaleza  : Mandamiento judicial        Objeto : CANCELACION DE FIANZA

Escritura: 00000000099-046 de 19/03/2003
UNITED STATES DISTRIT COURT FOR THE DIST

EXENTO DEL PAGO



